UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

TYSON POULOS,

       Plaintiff,

  -v-                                               No.  14 CV 3023-LTS-BCM

CITY OF NEW YORK, et al.,

       Defendants.

----------------------------------------------------------x

<u>ORDER</u>


       The Court has reviewed Magistrate Judge Barbara Moses' July 13, 2018, Report

and Recommendation (the "Report") (docket entry no. 109), which recommends that plaintiff be

awarded (i) $100,000 in compensatory damages against Defendant Brown, (ii) $75,000 in

punitive damages against Defendant Brown, (iii) $325,003 in compensatory damages against

Defendant McFadden, and (iv) $21,418.75 in attorneys' fees and $724.09 in costs to be paid by

Defendant Brown.  No objections to the Report have been received.

       In reviewing a report and recommendation, a district court "may accept, reject, or

modify, in whole or in part, the findings or recommendations made by the magistrate [judge]."

28 U.S.C.A. § 636(b)(1)(C) (LexisNexis 2017).  "In a case such as this one, where no timely

objection has been made, a district court need only satisfy itself that there is no clear error on the

face of the record."  Johnson v. New York University School of Education, No. 00 Civ. 8117, at

*1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003).

       The Court has reviewed carefully Magistrate Judge Moses' thorough and well-

reasoned Report and finds no clear error.  The Court therefore adopts the Report in its entirety

for the reasons stated therein.  The Clerk of Court is respectfully requested to enter judgment accordingly and close this case.

This Order resolves docket entry no. 103.

SO ORDERED.

Dated: New York, New York
August 6, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge